IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 18 C 2323 |
| EASTERN CONSTRUCTION, INC., a Kentucky corporation, | ) ) ) ) | JUDGE CHARLES R. NORGLE, SR. |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, EASTERN CONSTRUCTION, INC., a Kentucky corporation, in the total amount of $7,106.22, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,920.50.

On June 4, 2018, the Summons and Complaint was served on the Registered Agent at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 25, 2018. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of <u>5:00 p.m.</u> this <u>23rd</u> day of <u>October 2018</u>:

                Mr. Thomas Schulz
                Priddy Cutler Naake & Meade, PLLC
                2303 River Road, Suite 300
                Louisville, KY   40206-5003

                Ms. Judy K. Felli, Registered Agent
                Eastern Construction, Inc.
                769 Greenridge Lane
                Louisville, KY   40207-1320

                                                        /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Eastern Construction\motion for entry of default and judgment.pnr.df.wpd